UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIO ANTONIO BAILEY, : | |
| : | |
| Plaintiff, : | Civ. No. 16-5184 (RBK) (JS) |
| : | |
| v. : | |
| : | |
| BURLINGTON COUNTY JAIL, : | **MEMORANDUM AND ORDER** |
| : | |
| Defendants. : | |

Plaintiff has filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. On September 6, 2016, mail sent by the Clerk to petitioner was returned to this Court as undeliverable. Thereafter, this Court gave plaintiff until September 26, 2016 to show cause why his complaint should not be dismissed for failure to update his address.

As of today's date, plaintiff has not responded to the order to show cause nor has he updated his address of record. Thus, plaintiff has violated Local Civil Rule 10.1. *See* L.Civ.R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being appraised of such change by filing a notice of said change with the Clerk."). Therefore, this Court will administratively terminate this case. Plaintiff shall be given the right to reopen this matter if he provides this Court with an updated corrected address.

2

Accordingly, IT IS this  30th   day of September, 2016,

ORDERED that the Clerk shall ADMINISTRATIVELY TERMINATE this matter for failure to comply with L. Civ. R. 10.1, with the right to re-open upon plaintiff updating his contact information and satisfying the appropriate Rules.

        s/Robert B. Kugler
        ROBERT B. KUGLER
        United States District Judge